1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRITTANY JOHNSON,

       Plaintiff,

    v.

ACTION URGENT CARE INC., and
ACTION URGENT CARE LLC,

       Defendants.

Case No. 16-cv-02071 NC

**ORDER CONDITIONALLY
DISMISSING CASE**

Dkt. No. 22

    The parties have reported a settlement of all claims and have asked the Court to continue the case until May 14, 2018, while the acts required by the settlement take place. The Court finds that there is no longer a case or controversy presented, and conditionally DISMISSES this case. The Clerk of Court is asked to administratively terminate the action.

    If any party wishes to reopen the case in this Court, it must move to do so by May 14, 2018. The Court retains jurisdiction to enforce this conditional dismissal and the terms of the settlement until May 14, 2018. *Kokkonen v. Guardian Life. Ins. Co. of America*, 511, 375, 382 (1994).

    If, for any reason, the parties would like to discuss this conditional dismissal, they may appear on November 2, 2016, at 10:00 a.m. in Courtroom 7. Otherwise, the case management conference and all other case deadlines are vacated.

Case No. 16-cv-02071 NC

1     **IT IS SO ORDERED.**

2

3    Dated:  October 31, 2016

_____

NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California